UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| AMERICAN EXPRESS CENTURION BANK, UTAH STATE CHARTERED BANK;<br><br>　　　Plaintiffs,<br>　v.<br><br>JAMES LYONS, an individual; and DOES 1 through 100, inclusive;<br><br>　　　Defendant. | CASE NO. 2:13-cv-02298-DDP<br><br>**ORDER REMANDING CASE TO STATE COURT**<br><br>cc: order, docket, remand letter to Los Angeles Superior Court, North Valley District, Chatsworth, No. PC 054300 |

　　　The Court having reviewed Plaintiff and Defendant's Joint Stipulation to Remand this case to State Court and GOOD CAUSE APPEARING.

　　　IT IS HEREBY ORDERED:

　　　This case to be Remanded to the Superior Court of California for the County of Los Angeles where it was originally filed.

　　　In addition, the Motion to Remand (docket number 11) and Scheduling Conference are vacated as moot.

Dated: June 05, 2013

　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE